# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES NOBLES, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:13-mj-457-CWH <br><br> **ORDER MODIFYING BOND** |

The Court conducted a change of plea hearing (Docket #19) on October 17, 2013, and modified Defendant's Appearance Bond (Docket #6) as follows:

IT IS ORDERED that pending the sentencing hearing set January 6, 2014, the defendant shall reside with his cousin in Texas commencing on or about Friday, October 25, 2013, and shall not move from that residence without prior approval and permission from Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of the Appearance Bond (Docket #6) previously imposed remain in full effect.

DATED this 17th day of October, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge