1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville Ave., Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax

6  Attorneys for James Nobles

7

                    UNITED STATES DISTRICT COURT
8
                       DISTRICT OF NEVADA
9
                             * * *
10

11  UNITED STATES OF AMERICA,            CASE NO.:   2:13-mj-457-CWH

12           Plaintiff,                  **MOTION TO WAIVE PRESENCE AT
                                           SENTENCING**
13  vs.

14  JAMES NOBLES ,

15           Defendant.

16        On October 17, 2013, pursuant to a written Petty Offense Plea Agreement, the defendant,

17  JAMES NOBLES, pled guilty to a Criminal Information alleging a violation of 18 U.S.C. §

18  113(a)(4) Assault.

19        Sentencing is scheduled on Monday, January 6, 2014, at the hour of 9:30 a.m.

20        The defendant, JAMES NOBLES, hereby waives his right to be present for his sentencing

21  and agrees to be sentenced telephonically on Monday, January 6, 2014.

22

23                                       Respectfully submitted,

24

25  DATED: 10/22/13

26                                       MONIQUE KIRTLEY,
                                         Assistant Federal Public Defender
27

   DATED: X 22 OCT 13

28                                       JAMES NOBLES

                                    1

**IT IS SO ORDERED.**

DATED: October 22, 2013

UNITED STATES MAGISTRATE JUDGE